| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | BENJAMIN B. WAGNER<br>United States Attorney<br>BRIAN A. FOGERTY<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

**FILED**
APR 12 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>Information associated with Facebook account linked to email account Tizzlec@yahoo.com that is stored at premises controlled by Facebook, Inc. | CASE NO. 2:16-SW-274 KJN<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT |

The government's motion to unseal the Search Warrant and this case is GRANTED.

DATED: 4/12/17

_____
Hon. Allison Claire
United States Magistrate Judge

1